■ HENRY LAISO et al., Respondents, v ANGELO CASSETTA, Doing Business as CEDAR BROOK MOBILE HOME PARK, Appellant.—In an action to recover damages for intentional interference with precontractual relations with regard to the sale of a mobile home, the defendant appeals from a judgment of the Supreme Court, Rockland County (Stolarik, J.), entered April 29, 1988, which is in favor of the plaintiffs and against him in the principal sum of $29,138.

Ordered that the judgment is affirmed, with costs.

We agree with the trial court that the actions by the defendant constituted a malicious interference with the plaintiffs' precontractual relations *(see, Wasserman v NRG Realty Corp.,* 118 AD2d 495; *Susskind v IPCO Hosp. Supply Corp.,* 49 AD2d 915; Restatement [Second] of Torts § 766B). Mollen, P. J., Rubin, Sullivan and Rosenblatt, JJ., concur.